UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

IN RE:

    Dwayne Ivery,                                BK. Case No. 19-20450-PRW

                Debtor                Chapter 13
_____

**TRUSTEE'S OBJECTION TO EXEMPTION(S) CLAIMED BY DEBTOR(S)**

    George M. Reiber, Chapter 13 Trustee, respectfully represents:

1. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on May 6, 2019.
2. The undersigned is the dully appointed Chapter 13 Trustee in the above-mentioned matter.
3. The Debtor has claimed the New York exemptions in Schedule C. Debtor has claimed non residential real property as exempt.
4. The Trustee objects to said Schedule C, and reserves the rights to a) object to any amendments to the exemption schedule; and/or b) change his objection in response to a court decision.

**WHEREFORE,** the Chapter 13 Trustee hereby objects to the allowance of the above-mentioned exemptions claimed by the Debtor, requests that the exemptions claimed in paragraph 3 above be denied, and for such other and further relief as the Court deems proper, including but not limited to the attorney's fees, costs, and disbursements incurred herein.


Dated: June 12, 2019                              /s/_____
       Rochester, NY                                GEORGE M. REIBER
                                                      Chapter 13 Trustee


To:  U. S. Trustee
      Dwayne Ivery