```
                          United States Bankruptcy Court
                          Western District of New York
```

In re:                                                              Case No. 19-20450-PRW
Dwayne Ivery                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0209-2      User: admin      Page 1 of 1      Date Rcvd: Jul 16, 2019
                       Form ID: pdforder    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
db         +Dwayne Ivery,   1509 E. Main St.,   Rochester, NY 14609-7007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:
           George M. Reiber    trustee13@roch13.com, greiber@roch13.com
                                                                                                                       TOTAL: 1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

DWAYNE IVERY,

        Debtor(s)

S.S. # xxx-xx-6896

**AMENDED ORDER TO DEBTOR TO PAY TRUSTEE**

**CASE NO. 19-20450-PRW**

---

    Upon representation of the Trustee or other interested party, the Court finds that:

    The above-named debtor has pending in this Court a proceeding for the repayment of debts by an individual with regular income under Chapter 13 of the Bankruptcy Code (Title 11 U.S.C.) and pursuant to the provisions of said statute and the debtor's repayment plan the debtor has submitted all future earnings and wages to the exclusive jurisdiction of this Court for the execution of debtor's plan; and

    That under the provisions of 11 U.S.C.§1306 this Court has exclusive jurisdiction of the earnings from service performed by the debtor during the pendency of this case and may require the debtor, upon the order of this Court, to pay over such portion of the wages or earnings of the debtor as may be needed to effectuate said plan, and that such an order is necessary and proper, now therefore,

    **IT IS ORDERED**, that the above entitled debtor pay the Trustee **$200.00 monthly,** to begin immediately following the receipt of this order and pay a similar amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination, or other benefits arising out of present or past employment of the debtor, to: **GEORGE M. REIBER, TRUSTEE, Chapter 13 Trustee, PO Box 490, Memphis, TN 38101; direct questions to: (585)427-7225; *(PLEASE INCLUDE THE DEBTOR(S)' FULL NAME AND CASE NUMBER ON THE CHECK REMITTED)*** ; and

    **IT IS FURTHER ORDERED**, that said debtor notify said Trustee if the employment of said debtor be terminated and the reason for such termination; and

    **IT IS FURTHER ORDERED**, that all earnings and wages of the debtor, except the amount required to be withheld by the provisions of any laws of the United States or laws of any State or political subdivision, or for insurance, pension loan current maintenance or support payments or by the order of this Court, be paid to the aforesaid debtor in accordance with the employer's usual payroll procedures; and

    **IT IS FURTHER ORDERED**, that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by the Court be made from the earnings of said debtor; and

    **IT IS FURTHER ORDERED**, that this order supersedes previous orders, if any, made to the debtor or employer in this cause.

Dated: July 16, 2019
Rochester, NY

                                      **HONORABLE PAUL R. WARREN**
                                      **U.S. BANKRUPTCY JUDGE**